COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:           01-12-00317-CV

Style:                  Lisa Welcome

                          **v** Texas Roadhouse, Inc.

Date motion filed*:      April 18, 2013

Type of motion:        Motion for extension of time for filing brief

Party filing motion:     Appellant

Document to be filed:   Appellant's brief

Is appeal accelerated?    No

If motion to extend time:

      Original due date:           N/A

      Number of previous extensions granted:     2       Current Due date:  N/A

      Date Requested:         Additional 45 days

Ordered that motion is:

     ☐        Granted

               If document is to be filed, document due:

               ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐        Denied

     ☑        Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

     ☐        Other: _____

     **The reporter's record has not yet been filed, and the reporter has not provided the Court with any information to indicate that the failure to file the record is due to appellant's fault.** *See* **Tex. R. App. P. 37.3(c). Therefore, the appellate record is not complete, and appellant's brief is not yet due.** *See* **Tex. R. App. P. 38.6(a). The motion is dismissed as moot.**

Judge's signature:   /s/ Jim Sharp
                        ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date: <u>May 9, 2013</u>